UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Sharon Coker Burke**　　　　　　　　　　　　　　　　　　　**Docket No. 5:22-CR-289-1M**

**Petition for Action on Supervised Release**

COMES NOW Lee Holmes, Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Sharon Coker Burke, who, upon an earlier plea of guilty to Willful Failure to Collect or Pay Over Tax, in violation of 26 U.S.C. § 7202, was sentenced by the Honorable Richard E. Myers II, Chief United States District Judge, on April 24, 2023, to the custody of the Bureau of Prisons for a term of 1 year and 1 day. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months.

Sharon Coker Burke was released from custody on January 26, 2024, at which time the term of supervised release commenced.

On November 13, 2024, the court requested a response from the undersigned probation officer following a pro se motion filed by the defendant in which she sought appointment of counsel to propose a modification to her supervised release conditions.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

The defendant is in compliance with all conditions of supervised release, to include home detention via location monitoring. Recently, the defendant and her family have undergone several medical situations that require ongoing treatment. These events present a hardship while the defendant is on home detention. Due to the defendant's compliance and the complexity of her medical situation, it is recommended that the location monitoring condition be removed, and the other conditions of supervision remain in full effect.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. Home detention via location monitoring is hereby satisfied and that condition is no longer in effect.

Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Melissa K. Lunsmann<br>Melissa K. Lunsmann<br>Supervising U.S. Probation Officer | /s/ Lee Holmes<br>Lee Holmes<br>Probation Officer<br>310 New Bern Avenue, Room 610<br>Raleigh, NC 27601-1441<br>Phone: 910-354-2568<br>Executed On: November 14, 2024 |

Sharon Coker Burke
Docket No. 5:22-CR-289-1M
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered this 15th day of November, 2024, and ordered filed and made a part of the records in the above case.

*Richard E. Myers II*
Richard E. Myers II
Chief United States District Judge